In the Matter of the Claim of ANNA KRISTIANSON against RITA LEHMAN et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued October 8, 1941; decided November 19, 1941.

*William S. Sinclair* and *George J. Stacy* for appellants.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.